**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

O.B. Davis, Jr.
River Bend Det. Center K-Dorm (DOC No. 106316)
9450 Hwy 65 South
Lake Providenc LA 71254

**REHEARING ACTION: October 15, 2014**

**Docket Number: 14   00532-KH**

**STATE OF LOUISIANA**
**VERSUS**
**O.B. DAVIS, JR.**

**Writ Application from Jefferson Davis Parish Case No. CR52-13**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **O.B. Davis, Jr.** has this day been

    **DENIED.**

cc: Michael Cade Cassidy, Counsel for  the Respondent